UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S1-4:15 CR 230 JAR (JMB) |
| ) | |
| JACOBI TEMPLE (a/k/a "KJ" or "COBI"), ) | |
| DEMANTE SYMS (a/k/a/ "MANTE"), and ) | |
| SAMUEL SPIRES, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S
NOTICE OF CAPITAL CRIMES REVIEW STATUS**

COMES NOW the United States of America and respectfully informs this Court that, on or about August 5, 2015, the United States Attorney's Office provided its formal submission to the Attorney General's Capital Case Section providing, among other things, information related to the death-eligible charges against the co-defendants.

On or about October 7, 2015, the Capital Case Section informed the United States Attorney's Office and, by extension, counsel for defendant Jacobi Temple that the review committee was requesting and in-person presentation by each party in Washington, D.C. regarding the death-eligible charges against defendant Jacobi Temple.

As of the date of this filing, counsel for the United States, defendant Jacobi Temple, and the Capital Case Section are working to set a mutually agreeable date for the in-person presentation to occur.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        /s/ Thomas Rea
        THOMAS REA
        Assistant United States Attorneys
        111 South Tenth Street, 20th Floor
        Saint Louis, Missouri 63102

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 3, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

                                                     /s/ Thomas Rea
                                                     THOMAS REA